391 A.2d 710

Niesenbaum et al., Appellants, v. Bernstein, Bernstein & Harrison, Esquires, et al.

Argued March 29, 1978.   Jay I. Bomze, with him Zarwin, Baum, Arangio & Ross, for appellants;   David Smith, with him Dennis R. Suplee and James D. Crawford, for appellees.

Order affirmed.

391 A.2d 711

Otto v. Otto, Appellant.

Argued April 12, 1978.   David Abrams, with him Abrams & Mazer, for appellant;   Elizabeth Bailey, for appellee.

Order affirmed.